No. 526. SIMON *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Simmons* v. *United States,* 348 U. S. 397. *Hayden C. Covington* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 560. ABC FREIGHT FORWARDING CORP. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Southern District of New York. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Nathaniel T. Helman* for appellant. *Solicitor General Soberoff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Harry C. Ames, David Axelrod, James L. Givan, Robert E. Quirk* and *S. S. Eisen* for the Acme Fast Freight, Inc. et al., appellees.

No. 565. BRADLEY *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Gonzales* v. *United States,* 348 U. S. 407. *Hayden C. Covington* for petitioner. *Solicitor General Soberoff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 564. McRAE *v.* UNITED STATES. Appeal from the United States District Court for the District of Colorado. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. Petitioner *pro se. Solicitor General Soberoff* for the United States.